```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
LOREN RICHARDSON, individually and                           :
on behalf of all others similarly situated,                  :
                                                             :
                                    Plaintiff,               :     16 Civ. 3538 (LGS)
                                                             :
              -against-                                      :     ORDER
                                                             :
REGEIS CARE CENTER, LLC, et al.,                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/16

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 2, 2016, a telephone conference was held; it is hereby

**ORDERED** that Defendants shall produce relevant discovery to Plaintiff by November 9, 2016; that Plaintiff shall file any supplemental briefing by November 18, 2016; and that Defendants shall file any letter requesting supplemental briefing by November 21, 2016.

Dated: November 3, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**